IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–26–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| GEORGE THOMAS WALKER, | |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. (Doc. 34.) The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and 2, 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d). A preliminary order of forfeiture was entered on October 22, 2022. (Doc. 32.) All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 33.) It therefore appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and 2, 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED, DECREED, AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 34) is GRANTED.

1

2. Judgement of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- SCCY .380 Caliber Pistol with magazine;
- Six .380 Caliber rounds;
- Smith & Wesson 22A .22 Caliber handgun with magazine;
- 114 .22 caliber rounds;
- Two black pistol holders;
- Apple Cellphone;
- L.G. Cellphone;
- Samsung Cellphone;
- Black Samsung Cellphone with Black Otterbox case;
- Blue Samsung Galaxy S9;
- Masterlock Safe with key;
- Samsung Cellphone with black and white case;
- Nokia Cellphone with blue case;
- Samsung Galaxy Note 8 Cellphone; and
- One round of .22 Magnum ammunition.

3. The United States shall have full and legal title to the forfeited

property and may dispose of it in accordance with law.

DATED this 3rd day of January, 2022.

_____
Donald W. Molloy, District Judge
United States District Court