AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Montana

| | |
|---|---|
| United States of America<br>v.<br>George Thomas Walker | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No:   9:21-cr-00026-DWM

USM No:   55584-509

Date of Original Judgment:          02/07/2022

Date of Previous Amended Judgment:

*(Use Date of Last Amended Judgment if Any)*

David A. Mattingley

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of        100              months **is reduced to**    90 months                 .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated        02/07/2022        shall remain in effect.

**IT IS SO ORDERED**.

Order Date:          12/20/2024

Judge's signature

Effective Date:   December 20, 2024

*(if different from order date)*

Honorable Donald W. Molloy, District Judge

*Printed name and title*